**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MACKER MONTGOMERY AND ANTOINETTE MONTGOMERY**          **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 4:16-cv-213-MPM-JMV**

**NATIONAL RAILROAD PASSENGER CORPORATION, ET AL.**          **DEFENDANTS**

### ORDER LIFTING STAY

This matter is before the court consistent with an order [87] entered on July 5, 2017, staying this case pending a ruling on the motion to remand to state court.  The District Judge entered an order [125] denying the motion to remand on January 22, 2018. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS, THEREFORE, ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a status conference to discuss current case management deadlines will be set by further notice of the court.

**SO ORDERED**, this January 23, 2018.

/s/ Jane M. Virden_____
**UNITED STATES MAGISTRATE JUDGE**