**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MACKER MONTGOMERY AND
ANTOINETTE MONTGOMERY**                                                      **PLAINTIFFS**


**VS.**                                              **CIVIL ACTION NO.: 4:16-cv-213-MPM-JMV**

**NATIONAL RAILROAD
PASSENGER CORPORATION, ET AL.**                                  **DEFENDANTS**

**ORDER AMENDING CASE MANAGEMENT ORDER**
_____

This matter is before the Court following the [140] Telephonic Status Conference regarding Case Management Order amendments. Accordingly, the Court's amendments are as follows:

A. Plaintiff shall designate expert witnesses by June 1, 2018;

B. Defendants shall designate expert witnesses by June 29, 2018;

C. Discovery shall be completed by July 16, 2018; and

D. Dispositive and Daubert motions are due by August 3, 2018. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

As four months must remain between the motions deadline and the trial date, the parties are advised that no further extensions will be granted.


**SO ORDERED** this, the 29th day of March, 2018.

/s/ Jane M. Virden_____
**UNITED STATES MAGISTRATE JUDGE**

1